UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Mirapex Products Liability Litigation | 07-MD-1836 (MJD/FLN) |
| This document relates to: | |
| Maureen Sharon Anderson, | Civil No. 10-4395 (MJD/FLN) |
| Plaintiff,<br>v.<br>Boehringer Ingelheim Pharmaceuticals, Inc., et al.,<br>Defendants. | **O R D E R** |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 6, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss for failure to state a claim (Fed.R.Civ.P. 12(b)(6)) (ECF No. 9) is GRANTED and Counts VI, VII, VIII and X of Plaintiff's complaint are dismissed without prejudice.

DATED: May 5, 2011.            s/Michael J. Davis
at Minneapolis, Minnesota     CHIEF JUDGE MICHAEL J. DAVIS
                                               United States District Court